DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                    ) Chapter 13
                                          )
JAMES M BALLAGH                           ) Case No. 05-59621 CN
                                          )
THERESA M BALLAGH                         ) **NOTICE OF UNCLAIMED DIVIDEND**
                                          )
              Debtors                     )
                                          )

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2499183 for an unclaimed dividend in the amount of $8.16. The name and address of the claimant entitled to the unclaimed dividend is as follows;

JAMES M BALLAGH
THERESA M BALLAGH
151 SURF WY #11
MONTEREY, CA 93940

Dated: October 05, 2011

_____
DEVIN DERHAM-BURK, TRUSTEE